### John A. Miller *v.* Anthony Rasch.

Appeal from the District Court of the First District, *Buchanan*, J.

*Chinn*, for the appellant.

*Roselius*, for the defendant.

Garland, J. The defendant, being sued on his promissory note, answered that he had obtained a respite; and that all proceedings against his person and property were arrested by the judgment or order granting it. The exception was sustained, and the suit dismissed. The question seems to us settled, by the opinion given in the case of *Rasch* v. *His Creditors*, which has been just decided.

*Judgment affirmed.*